IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JAMES KENDALL STEWART,    )<br>                            )<br>     Plaintiff,           )<br>                            )<br>     v.                     )<br>                            )<br>KARLA JONES (Warden),       )<br>et al.,                     )<br>                            )<br>     Defendants.            ) | CIVIL ACTION NO.<br>2:16cv767-MHT<br>(WO) |

**JUDGMENT**

Upon consideration of plaintiff's motion to dismiss defendant Jefferson Dunn (doc. no. 21), it is ORDERED that the motion is granted, and defendant Jefferson Dunn is dismissed with prejudice and terminated as a party to this action, with no costs taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed, and is referred back to the United States Magistrate Judge for further

proceedings.

DONE, this the 31st day of January, 2017.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**