IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES KENDALL STEWART, #218 366, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 2:16-cv-767-ALB ) |
| KARLA JONES (WARDEN), *et al.*, | ) ) |
| Defendants. | ) |

## ORDER

On July 25, 2019, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. 33). Upon an independent review and *de novo* review of the record and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and this case be and is hereby DISMISSED as follows:

1. Plaintiff's motion for preliminary injunction (Doc. 1) is DENIED.

2. Defendants' motions for summary judgment (Docs. 10, 26) are GRANTED.

3. This case is DISMISSED with prejudice.

4. Final Judgment will be entered in favor of Defendants.

**DONE** this 21st day of October 2019.

           /s/ Andrew L. Brasher
           ANDREW L. BRASHER
           UNITED STATES DISTRICT JUDGE